NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**BONE CARE INTERNATIONAL LLC** AND
**GENZYME CORPORATION,**
*Plaintiffs-Appellees,*

v.

**ROXANE LABORATORIES INC.,**
*Defendant-Appellant,*

AND

**SANDOZ INC.,**
*Defendant-Appellant,*

AND

**ANCHEN PHARMACEUTICALS INC.,**
*Defendant.*

---

2012-1525, -1526

---

Appeals from the United States District Court for the District of Delaware in consolidated case no. 09-CV-0285, Chief Judge Gregory M. Sleet.

---

**ON MOTION**

---

# ORDER

Bone Care International LLC and Genzyme Corporation move without opposition for a 5-day extension of time, until November 6, 2012, to file their response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s21